115-9-15693

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

**HECTOR L MALDONADO CANDELARIA**

Debtor

CASE NO. **12-07559 ESL**

CHAPTER 13

## MOTION TO QUASH CRAM DOWN

TO THE HONORABLE COURT:

Comes now as **BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA")**, represented by the undersigned attorneys, and brings this motion under Bankruptcy Rule 7004(h), 9014, **without having submitted itself to the jurisdiction of the Court**, and respectfully states and prays as follows:

1. On **September 26th, 2012**, debtor filed the instant petition for relief.

2. Debtor filed an amended plan dated November 7th, 2012, by means of which he proposes to cram down BBVA's secured outstanding balance owed.

3. BBVA hereby respectfully requests from this Honorable Court to enter an Order quashing debtor's cram down to its secured outstanding balance owed based on the following grounds:

4. Rule 7001 (2) of the Federal Rules of Bankruptcy Procedure ("FRBP") requires the filing of an adversary proceeding when it is intended to determine "[...] the validity, priority, or

MOTION TO QUASH CRAM DOWN...
CASE NUM. 12-07559 ESL
PAGE 2

*extent* of a lien or other interest in property, other than a proceeding under Rule 4003(d)".

5. Debtor filed the aforementioned plan but has failed to file an adversary proceeding against BBVA and to serve BBVA as required by law. A cram down of BBVA's security interest is an adversary proceeding inasmuch it intends to determine the validity and/or *extent* of BBVA's lien over its collateral. See Rule 7001(2) of FRBP. Therefore, debtor is required to file an adversary proceeding and to serve summons pursuant to Rule 7004 (b)(3) and (h).

6. Pursuant to Local Bankruptcy Rule 9031-1 (h)(1) and(2)(H), it is respectfully requested from this Honorable Court that, should debtor fail to file a response to the instant motion within thirty (30) days notice of the same an Order may be entered quashing debtor's plan without the need of a hearing.

**WHEREFORE**, it is respectfully requested from this Honorable Court to enter an Order quashing debtor's proposed plan to the extend it proposes a cram down over BBVA's security interest.

**I HEREBY CERTIFY**: On this same date I have electronically filed the foregoing document with the clerk of the Court using the

```
MOTION TO QUASH CRAM DOWN...
CASE NUM. 12-07559 ESL
PAGE  3
```

CM/ECF System which will sent notification of such filing to the following: Attorney for Debtor(s), **ROBERTO FIGUEROA CARRASQUILLO, ESQ.**, and to Chapter 13 Trustee, **ALEJANDRO OLIVERAS RIVERA, ESQ.**, and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 28 day of November, 2012.

/s/ Angel M. Vázquez Bauzá
**ANGEL M. VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel. (787) 754-1313  Fax. 754-1354
e-mail: avazquez@enrassociates.com

oco

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 12-07559-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Thu Nov 29 08:26:15 AST 2012 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A-340<br>P.O. Box 2952<br>SACRAMENTO, CA 95812-2952 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 |
| | | AT&T MOBILITY<br>5407 ANDREWS HIGHWAY<br>MIDLAND, TX 79706-2851 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO POPULAR DE PR<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 | BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| BANCO SANTANDER PR<br>PO BOX 191080<br>SAN JUAN, PR 00919-1080 | CAPITAL ONE<br>PO BOX 85184<br>RICHMOND, VA 23285-5184 | CICA COLLECTION AGENCY, INC.<br>206 CALLE SAN JORGE FL 3RD<br>SANTURCE, PR 00912-3311 |
| CINGULAR WIRELESS<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076-0499 | COMMOLOCO INC<br>PO BOX 71325<br>SAN JUAN, PR 00936-8425 |
| CRESCA CORP<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR 00936-8425 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DPTO. DE TRANSPORTACION Y OBRAS PUBLICA<br>PO BOX 11889<br>SAN JUAN, PR 00922-1889 |
| FIA CSNA<br>4060 OGLETOWN/STAN<br>NEWARK, DE 19713 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 |
| POPULAR AUTO (POPULAR LEASING)<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | PR ACQUISITIONS LLC<br>PO BOX 194499<br>SAN JUAN PR 00919-4499 | RADIO SHACK<br>PO BOX 8181<br>GRAY, TN 37615-0181 |
| SCOTIABANK<br>PO BOX 362649<br>SAN JUAN, PR 00936-2649 | T-MOBILE<br>PO BOX 742596<br>CINCINNATI, OH 45274-2596 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |

```
FEDERAL LITIGATION DEPT. OF JUSTICE      HECTOR LUIS MALDONADO CANDELARIA      MONSITA LECAROZ ARRIBAS
PO BOX 9020192                           SANTA MARIA MAYOR                     OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-0192                  75 CALLE 8 APT C4                     OCHOA BUILDING
                                         HUMACAO, PR 00791-3046                500 TANCA STREET  SUITE 301
                                                                               SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 193677
SAN JUAN, PR 00919-3677
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
(d)INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG ROOM 914
2 AVE PONCE DE LEON STOP 27
SAN JUAN, PR  00918-1621
```